Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. Rehearing denied July 11, 1924.

John J. Sonsteby and Joseph A. Ambrosius, for appellant; Joseph A. Peppets, of counsel. E. W. Rice and John H. McAuliffe, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. William E. Hess, appellee, v. Edward Zipf, president, et al., appellants. Gen. No. 28,856.

Mandamus to compel village trustees to approve plat. Writ granted. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed. Opinion filed June 30, 1924.

Frederic B. Crossley, for appellants; Elmer M. Leesman, of counsel. Hall & Spitz, for appellee; Ross C. Hall and Edmund M. Sinnott, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Anna Lukas, appellee, v. Joseph Lukas, appellant. Gen. No. 28,897.

Bill for divorce. Decree dismissing bill and cross-complaint for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. Rehearing denied July 11, 1924.

Harold O. Mulks, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Illinois Trust & Savings Bank, v. Hugo H. Young, appellee, on appeal of Mary A. Monogue, administratrix, appellant. Gen. No. 28,904.

Bill of interpleader to determine ownership of bank account opened by defendant and decedent jointly. Decree for defendant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Matthew D. Hartigan, for appellant; Moses H. Kamerman, of counsel. Paden & Kropf, for appellee; Oscar A. Kropf, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Chicago Fancy Furniture Company, appellant, v. John Schmitz, appellee. Gen. No. 28,914.

Replevin. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 30, 1924.

John L. Davidson and Oliver C. Heywood, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.